ELGIN NATIONAL WATCH CO. ET AL. *v.* UNITED STATES

**No. 6863.**—Invoices dated Manchester, England, August 1944, etc.
Certified August 1944, etc.
Entered at Chicago, Ill., September 22, 1944, etc.
Entry No. 926, etc.

(Decided February 13, 1947)

*Wallace & Schwartz* (*Joseph Schwartz* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

FISHER SCIENTIFIC CO. *v.* UNITED STATES

**No. 6864.**—Invoices dated Manchester, England, February 1945, etc.
Certified February 1945, etc.
Entered at Pittsburgh, Pa., April 11, 1945, etc.
Entry Nos. 627; 668.

(Decided February 13, 1947)

*Jerome G. Clifford* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the invoiced unit prices, less 2½ per centum, plus invoiced cost of cases.
Judgment will be rendered accordingly.